Charles GREEN *v.* STATE of Arkansas

CR 99-126                                              985 S.W.2d 319

Supreme Court of Arkansas
Opinion delivered February 18, 1999

*Thomas A. Young*, for appellant.

No response.

P ER CURIAM. Charles Green, by his attorney, has filed a motion for rule on the clerk.

His attorney, Thomas A. Young, admits in his motion that the record was tendered late due to a mistake on his part.

We find an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re:*

*Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.